UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-50006 |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| CHARLES CANE MERRIVAL, | |
| Defendant. | |

This Court entered a Preliminary Order of Forfeiture on December 10, 2024, ordering the Defendant to forfeit certain property (the Subject Property), specified as follows:

a. Diamondback Arms Inc, model DB, 9mm caliber semi-automatic pistol, bearing serial number YE3290;

b. six rounds of Jagemann 9mm caliber ammunition;

c. one 9mm caliber magazine;

d. one .380 caliber magazine;

e. six assorted rounds of 12ga ammunition; and

f. 77 assorted rounds of ammunition.

Notice of the Preliminary Order of Forfeiture was given by publication from April 10, 2025, through and including May 9, 2025. No timely claim has been filed.

The Court finds that the Defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-described Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above are hereby condemned forfeited, and vested in the United States of America, and shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

DATED: June 12, 2025

BY THE COURT:

_____
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE